### 36945. MILLER v. MILLER.

MARSHALL, Justice.

Under *Carter v. Carter,* 241 Ga. 335 (245 SE2d 292) (1978), the plaintiff in a divorce action may voluntarily dismiss under Code Ann.

---

§ 81A-141 (a), even after a temporary child custody award has been made to a third person, if the dismissal is effected before the filing of either the temporary order or a counterclaim by the defendant. This is essentially what happened here — temporary child custody being awarded to the appellant-plaintiff-wife and the appellee-defendant-husband on an alternating monthly basis. Accordingly, we hold that the trial judge erred in ordering the wife's dismissal opened and in holding her in contempt of the temporary order.
*Judgment reversed. All the Justices concur.*

DECIDED FEBRUARY 10, 1981.

*Jesse G. Bowles III,* for appellant.
*Ronnie J. Lane,* for appellee.